

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-22-00230-CR

**IN RE** Jose Angel **VACA, ET AL.**

Original Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

On April 19, 2022, Relators filed a petition for a writ of prohibition. After considering the petition, the record, and the letter from the office of the Kinney County Attorney, this court concludes it is without jurisdiction over this petition. TEX. GOV'T CODE ANN. § 22.221(a); *Tex. Emp'rs' Ins. Ass'n v. Kirby*, 152 S.W.2d 1073 (Tex. 1941). Accordingly, the petition for writ of prohibition is **DISMISSED**.

It is so **ORDERED** on April 22, 2022.

PER CURIAM

ATTESTED TO: _____
           MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 10347CR, styled *The State of Texas VS. Manuel Antonio Ramirez Reyes*; Cause No. 10354CR styled *The State of Texas VS. Jose Angel Vaca*; Cause No. 10356CR styled *The State of Texas VS. Jesus Alfredo Solis Carrizales*; Cause No. 10361CR styled *The State of Texas VS. Jose Alfredo Crisofer Aguirre De Leon*; Cause No. 10362CR styled *The State of Texas VS. Roberto De Jesus Diaz Gonzales*; Cause No. 10363CR styled *The State of Texas VS. Isacc De Dios Diaz*; Cause No. 10364CR styled *The State of Texas VS. Jorge Favian Dominguez Ortiz*; Cause No. 10365CR styled *The State of Texas VS. Pedro De La Cruz Montejo*; Cause No. 10366CR styled *The State of Texas VS. Luis Miguel Ramirez Perez*; and Cause No.10367CR styled *The State of Texas VS. Gabriel Colorado Carrillo,* pending in the County Court, Kinney County, Texas, the Honorable Tully Shahan presiding.